**FILED**

2010 May-06 AM 09:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A CERTIFIED TRUE COPY

ATTEST

By Denise Morgan-Stone on May 05, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**Apr 20, 2010**

**FILED**
**CLERK'S OFFICE**

IN RE: CHANTIX (VARENICLINE) PRODUCTS
LIABILITY LITIGATION

MDL No. 2092

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-9)**

On October 1, 2009, the Panel transferred 34 civil actions to the United States District Court for the Northern District of Alabama for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 655 F.Supp.2d 1346 (J.P.M.L. 2009). Since that time, 53 additional actions have been transferred to the Northern District of Alabama. With the consent of that court, all such actions have been assigned to the Honorable Inge P. Johnson.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Alabama and assigned to Judge Johnson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Alabama for the reasons stated in the order of October 1, 2009, and, with the consent of that court, assigned to the Honorable Inge P. Johnson.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Alabama. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**May 05, 2010**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY
SHARON N. HARRIS, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

BY: _____
DEPUTY CLERK

**IN RE: CHANTIX (VARENICLINE) PRODUCTS
LIABILITY LITIGATION**                                    MDL No. 2092

## SCHEDULE CTO-9 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|

**ARKANSAS EASTERN**
  ARE  2   10-25          William J. Sandage v. Pfizer Inc.

**MINNESOTA**
  MN   0   10-538         Alexander D'Amato v. Pfizer Inc.
  MN   0   10-770         John Gilligan v. Pfizer Inc.

**TEXAS NORTHERN**
  TXN  3   09-2418        Jonathan Ferguson v. Pfizer Inc.